**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1416**

MARILYN JACKSON,

               Plaintiff - Appellant,

     v.

CHRISTOPHER C. MILLER, Acting Secretary, Department of Defense,

               Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cv-00659-LO-TCB)

Submitted:  November 13, 2020           Decided:  December 2, 2020

Before AGEE and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Amos N. Jones, AMOS JONES LAW FIRM, Washington, D.C., for Appellant.  G. Zachary Terwilliger, United States Attorney, Hugham Chan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marilyn Jackson appeals the district court's order granting summary judgment to Defendant in Jackson's employment action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Esper*, No. 1:19-cv-00659-LO-TCB (E.D. Va. Mar. 11 & 12, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*